Michaile J. Berg
Arizona Bar No. 027166
BERG LAW
8710 East Vista Bonita Drive
Scottsdale, Arizona  85255
Telephone:  480.745.7440
Email: mberg@berg.law

*Attorney for Plaintiff*

Additional attorneys on signature page

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Lillie Hernandez, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>Allstate Vehicle and Property Insurance Company,<br><br>Defendant. | CASE NO. 2:23-cv-00699-PHX-DLR<br><br>**JOINT STIPULATION OF DISMISSAL** |

Plaintiff Lillie Hernandez and Defendant Allstate Vehicle and Property Insurance Company hereby stipulate pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) that the case is dismissed without prejudice.

DATED: January 9, 2026,

| | |
|---|---|
| */s/ Erik D. Peterson*<br>Erik D. Peterson<br>Kentucky Bar No. 93003<br>*Lead Attorney Pro Hac Vice*<br>ERIK PETERSON LAW OFFICES PSC<br>110 West Vine Street, Suite 300<br>Lexington, Kentucky 40507<br>Telephone:  800.614.1957<br>Email:  erik@eplo.law | */s/ Marcy Levine Aldrich*<br>Marcy Levine Aldrich<br>Florida Bar No. 968447<br>*Lead Attorney Pro Hac Vice*<br>AKERMAN LLP<br>3 Brickell City Centre<br>98 SE 7th Street, Suite 1100<br>Miami, Florida 33131<br>Telephone: 305.374.5600<br>Email: marcy.aldrich@akerman.com |

| | |
|---|---|
| James B. McWherter<br>Tennessee Bar No. 21600<br>*Lead Attorney Pro Hac Vice*<br>MCWHERTER SCOTT BOBBITT PLC<br>109 Westpark Drive, Suite 260<br>Brentwood, TN 37027<br>Telephone: 615.354.1144<br>Email: brandon@msb.law | Donnie M. King<br>Florida Bar No. 101386<br>*Lead Attorney Pro Hac Vice*<br>AKERMAN LLP<br>201 East Las Olas Boulevard, Suite 1800<br>Fort Lauderdale, Florida 33301<br>Telephone: 954.463.2700<br>Email: donnie.king@akerman.com |
| Thomas Joseph Snodgrass<br>Minnesota Bar No. 231071<br>*Lead Attorney Pro Hac Vice*<br>SNODGRASS LAW LLC<br>100 South 5th Street, Suite 800<br>Minneapolis, Minnesota 55402<br>Telephone: 612.448.2600<br>Email: jsnodgrass@snodgrass-law.com | Attorneys for Defendant,<br>ALLSTATE VEHICLE AND<br>PROPERTY INSURANCE COMPANY |

Michaile J. Berg
Arizona Bar No. 027166
BERG LAW
8710 East Vista Bonita Drive
Scottsdale, Arizona 85255
Telephone: 480.745.7440
Email: mberg@berg.law

Attorneys for Plaintiff,
LILLIE HERNANDEZ

2

**CERTIFICATE OF SERVICE**

I hereby certify that on January 9, 2026, I electronically filed the foregoing with the Clerk of the Court for the U.S. District Court for the District of Arizona by using the CM/ECF System. Each attorney of record who is a registered CM/ECF user will be served by the CM/ECF system.

*/s/Erik D. Peterson*